JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-22-12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUN 2 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TOWNSEND,<br><br>    Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | Case No. SACV 11-1864-GAF (RNB)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: 6/19/12

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 2 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY